**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| KATHRYN H.[1], <br>     Plaintiff, | Case No. 1:21-cv-447 <br> Litkovitz, M.J. |
| vs. | |
| COMMISSIONER OF <br> SOCIAL SECURITY, <br>     Defendant. | **ORDER** |

On November 22, 2021, plaintiff filed a statement of specific errors in this matter which exceeds the page limitation permitted by the Court. (Doc. 12). The Commissioner has not yet filed a response.

In accordance with the Standing Order on Civil Procedures of the undersigned Magistrate Judge, briefs and/or memoranda in support of or in opposition to any motion in this court shall not exceed twenty pages unless a party first obtains leave of court. *See* https://www.ohsd.uscourts.gov/FPLitkovitz. Any motion for leave must set forth the reasons excess pages are required and the number of pages sought.

If leave of Court is granted, counsel must include: (1) a table of contents indicating the main sections of the memorandum, the arguments made in each section, and the pages on which each section and subsection may be found; and (2) a succinct, clear, and accurate summary not to exceed five pages of the principal arguments made and citations to the primary authorities relied

---

[1] Pursuant to General Order 22-01, due to significant privacy concerns in social security cases, any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to plaintiffs only by their first names and last initials.

upon in the memorandum. All briefs and memoranda shall comply with the formal requirements of S.D. Ohio Civ. R. 7.2.

Plaintiff's statement of specific errors is therefore **stricken** from the docket, subject to reconsideration upon compliance with the Procedures and Rules of this Court.

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge