# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KATHRYN HUSTON,<br>    Plaintiff, | )<br>)<br>) Case No.: 1:21-cv-447 |
| v. | )<br>) |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>    Defendant. | ) Magistrate Judge Likovitz<br>)<br>)<br>)<br>) |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

The prior non-disability finding shall be vacated and this matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further proceedings. During said proceeding, the Administrative Law Judge will further evaluate the opinion evidence and give further consideration to the claimant's maximum residual functional capacity. The agency will offer the claimant the opportunity for a hearing and issue a new decision.

Date: 4/18/2022                    Entered: *Karen L. Litkovitz*